The relief described hereinbelow is SO ORDERED.

Signed January 09, 2015.



Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| MANUEL PALOMERA LOPEZ AND | § | CASE NO. 09-52365-RBK |
| DOLORES RONQUILLO LOPEZ, | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

ORDER VACATING PRIOR ORDER

On this day came on for review the docket sheet in the above-referenced case, and it appears to the Court that this Court's prior "Order [of January 8, 2015] Approving Motion to Voluntarily Dismiss Chapter 13 Case" (Court document #96) should be vacated.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the above-referenced *Order of January 8, 2015* is hereby VACATED.

# # #